*E-Filed 9/25/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RONALD LEE,

          Plaintiff,

  v.

AURORA LOAN SERVICES, et al.,

          Defendants.

_____/

No. C 09-04482 RS

**ORDER DENYING *PRO HAC VICE* APPLICATION**

The application of Fred Dorton, Jr., Esq. to appear herein *pro hac vice* is denied. See Civil Local Rule 11-3 (b) (disqualifying from *pro hac vice* status applicants who reside or regularly engage in the practice of law in California). This order is without prejudice to Dorton's right to seek admission to the bar of this Court pursuant to Civil Local Rule 11-1. In the event Dorton applies for such admission within 30 days of the date of this order, the Clerk is hereby directed to apply the fee Dorton paid for his *pro hac vice* application to that application.

IT IS SO ORDERED.

Dated:     9/25/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1

No. C 09-04482 RS
ORDER DENYING PRO HAC VICE APPLICATION