*E-Filed 11/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE,<br><br>        Plaintiff,<br>  v.<br><br>AURORA LOAN SERVICES, et al.,<br><br>        Defendants.<br>_____/ | **No. C 09-04482 RS**<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

Defendant Mortgage Electronic Registration Systems, Inc. has filed a motion to dismiss [Dkt. No. 15] in the above-captioned matter. This motion is noticed for hearing on **December 16, 2009, at 9:30 a.m.** In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **November 18, 2009**.

IT IS SO ORDERED.

Dated: 11/6/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE