*E-Filed 11/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RONALD LEE,

        Plaintiff,

  v.

AURORA LOAN SERVICES, et al.,

        Defendants.
_____/

No. C  09-04482 RS

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendant Mortgage Electronic Registration Systems, Inc. has filed a motion to dismiss [Dkt. No. 15] in the above-captioned matter.  This motion is noticed for hearing on **December 16, 2009, at 9:30 a.m.**  In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **November 18, 2009**.

IT IS SO ORDERED.

Dated:     11/6/09

                          RICHARD SEEBORG
                          UNITED STATES MAGISTRATE JUDGE

*United States District Court — For the Northern District of California*