**E-Filed 1/25/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE,<br><br>        Plaintiff,<br><br>        v.<br><br>AURORA LOAN SERVICES, INC., et al.,<br><br>        Defendants. | Case Number C 09-4482 JF (HRL)<br><br>ORDER[1] GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND; DENYING MOTION TO STRIKE AS MOOT; GRANTING MOTION TO EXPUNGE LIS PENDENS; AND CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[re: document nos. 28, 30] |

    Defendants Aurora Loan Services, Inc. ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MER") move to dismiss the complaint in this action for failure to state a claim upon which relief may be granted. Aurora additionally moves to strike portions of the complaint, and to expunge the notice of pendency of action recorded in Monterey County by Plaintiff Ronald Lee ("Lee"). Lee filed notices of non-opposition with respect to the motions to dismiss and to strike; he indicated that he opposes the motion to expunge lis pendens, but he offered no substantive opposition to that motion. After receiving Lee's notices of non-opposition, the Court

---

    [1] This disposition is not designated for publication in the official reports.

1  vacated the hearing on the motions.

2  **ORDER**

3      Defendants' motions to dismiss are well-taken and are GRANTED WITH LEAVE TO
4  AMEND.  Defendants assert that leave to amend is not warranted.  The Court agrees that it
5  appears unlikely that Lee will be able to amend the complaint to state a viable claim, but it will
6  grant Lee one opportunity to attempt to do so before dismissing the action with prejudice.  Any
7  amended pleading shall be filed within twenty (20) days after the date of this order.

8      Given the disposition of the motions to dismiss, the motion to strike is DENIED AS
9  MOOT.

10      The motion to expunge lis pendens is GRANTED without prejudice to the refiling of lis
11  pendens in the event that Lee is able to state a viable claim for relief.

12      The Case Management Conference set for January 29, 2010 is CONTINUED to March
13  26, 2010 at 10:30 a.m.

15  DATED:   January 25, 2010

17  _____
18  JEREMY FOGEL
    United States District Judge

2

Case No. C 09-4482 JF (HRL)
ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND ETC.
(JFLC2)