**E-Filed 4/16/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| RONALD LEE, an Individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, INC., a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a "Suspended" corporate entity; CAL-WESTERN RECONVEYANCE CORPORATION, a corporate entity, HOMECOMINGS FINANCIAL NETWORK, INC., a California Corporation; and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 5:09-cv-04482 JF<br>Hon. Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, MOTION TO STRIKE AND MOTION TO EXPUNGE *LIS PENDENS*<br><br>Complaint Filed:　September 23, 2009<br>Motions Filed:　　March 3, 2010<br>Current Hearing<br>Date:　　　　　　April 23, 2010<br>Trial Date:　　　　None |

　　　　The Court has read and considered the stipulation of plaintiff Ronald Lee and defendant Aurora Loan Services LLC. For good cause appearing, the Court grants the request of the parties. The Hearing on Aurora's motion to dismiss, motion to strike and motion to expunge *lis pendens* shall be moved to May 14, 2010. Pursuant to this new hearing date, defendant has until April 30, 2010 to reply to plaintiff's opposition.

{DN017372;1}　　　　　　　　　　　　　　1　　　　　　　　　　　　　　Case No. 5:09-cv-04482 JF

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT
AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT,
MOTION TO STRIKE AND MOTION TO EXPUNGE *LIS PENDENS*

**IT IS SO ORDERED.**

Dated: 4/16/2010

_____
The Honorable Jeremy Fogel
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, MOTION TO STRIKE AND MOTION TO EXPUNGE *LIS PENDENS*

**PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION**

STATE OF COLORADO, CITY AND COUNTY OF DENVER

     I am employed in the City and County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

     On April 7, 2010, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT AURORA LOAN SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, MOTION TO STRIKE AND MOTION TO EXPUNGE *LIS PENDENS***

     Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

| | |
|---|---|
| Fred Douglas Dorton, Jr., Esq.<br>Della N. Smith, Esq.<br>The Dorton Firm<br>9701 Wilshire Blvd., Tenth Floor<br>Beverly Hills, CA 90212<br>Email: fdorton@thedortonfirm.com<br>Email dellasmith@gmail.com<br>*Attorney for Plaintiff* | Constance S. Trinh, Esq.<br>Erin M. Carpenter, Esq.<br>Houser and Allison APC<br>3700 Kilroy Airport Way, Ste. 260<br>Long Beach, CA 90806<br>Email: connie@rouplaw.com<br>Email ecarpenter@houser-law.com<br>*Attorneys for Defendant MERS* |

Nicole K. Neff, Esq.
Wright Finlay & Zak, LLP
4665 MacArthur Court, Ste. 280
Newport Beach, CA 92660
Email: nneff@wrightlegal.net
*Attorney for Defendant Cal-Western Reconveyance Corporation*

{DN017372;1}      3     *Case No. 5:09-cv-04482 JF*

PROOF OF SERVICE

1   I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 7, 2010, at Denver, Colorado.

*Toni M. Domres* (signature)

Toni M. Domres

{DN017372;1}                         4                    Case No. 5:09-cv-04482 JF

PROOF OF SERVICE