**E-Filed 7/16/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AURORA LOAN SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case Number C 09-4482 JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>[re: document no. 67] |

　　　　On June 15, 2010, Fred D. Dorton and The Dorton Firm filed a motion to withdraw as counsel of record for Plaintiff Ronald Lee. Defendants did not oppose the motion, and Plaintiff filed an affidavit supporting the motion. Under Local Rule 7-11(c), the administrative motion is appropriate for determination without a hearing.

　　　　Good cause therefor appearing, the motion to withdraw as counsel of record for Plaintiff is GRANTED. Plaintiff or his representative and counsel for Defendants shall appear for a Case Management Conference on Friday, September 3, 2010, at 10:30 a.m. Fred D. Dorton and The Dorton Firm shall continue to accept service of documents on behalf of Plaintiff until Plaintiff

---

　　[1]　　This disposition is not designated for publication in the official reports.

Case No. C 09-4482 JF (HRL)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(JFLC3)

1 | provides a new address of record to the Court.
2 | **IT IS SO ORDERED**
3 | DATED: 7/16/10
4 | 　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　United States District Judge

2

Case No. C 09-4482 JF (HRL)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(JFLC3)