**E-Filed 8/3/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>AURORA LOAN SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case Number C 09-4482 JF (HRL)<br><br>ORDER[1] SETTING MOTION FOR REHEARING<br><br>[Re: Dkt. Nos. 67, 74, 76] |

   In an order dated July 16, 2010, the Court granted a motion filed by Fred D. Dorton and The Dorton Firm to withdraw as counsel of record for Plaintiff Ronald Lee.  As of that date, the motion was unopposed.  However, on July 21, 2010, Plaintiff filed a declaration asserting that he had not been provided notice of the motion and that he was opposed to counsel's withdrawal. *See* Dkt. No. 76 ¶¶ 3, 6.

//

//

//

---

   [1] This disposition is not designated for publication in the official reports.

Case No. C 09-4482 JF (HRL)
ORDER SETTING MOTION FOR REHEARING
(JFLC3)

1     Good cause therefor appearing, the motion to withdraw is set for rehearing on August 13,
2 2010, at 9:00 A.M.

3 **IT IS SO ORDERED**

4 DATED: 8/3/10

                                        JEREMY FOGEL
5                                         United States District Judge

1 Copies of Order served on:

2 Mr. Ronald L. Lee
2055 Midwick Drive
3 Altadena, CA 91001

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-4482 JF (HRL)
ORDER SETTING MOTION FOR REHEARING
(JFLC3)