**E-Filed 9/2/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE, | Case Number 5:09-cv-04482-JF/HRL |
| Plaintiff, | ORDER DIRECTING CLERK TO LODGE DOCUMENT SUBMITTED FOR IN CAMERA REVIEW |
| v. | |
| AURORA LOAN SERVICES, INC., et al., | |
| Defendants. | |

The Clerk of the Court is directed to lodge the Affidavit Of Fred Dorton, Jr. In Support Of Plaintiff's Amended Application For Leave To Withdraw As Counsel, which was submitted to the Court on August 12, 2010 for *in camera* review.

**IT IS SO ORDERED**

DATED: 9/2/2010

_____
JEREMY FOGEL
United States District Judge

Case Number 5:09-cv-04482-JF/HRL
ORDER DIRECTING CLERK TO LODGE DOCUMENT
(JFLC2)

1  Copies of Order served on:

2  Mr. Ronald L. Lee
   2055 Midwick Drive
3  Altadena, CA 91001

4  Della Nanette Smith     dellansmith@gmail.com

5  Frances Azizi     invalidaddress@invalidaddress.com

6  Fred Douglas Dorton , Jr     fdorton@thedortonfirm.com, tdfgroup@thedortonfirm.com

7  Justin Donald Balser     justin.balser@akerman.com, elizabeth.streible@akerman.com,
   kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com,
8  toni.domres@akerman.com, victoria.edwards@akerman.com

9  Nicole Kimberly Neff     nneff@wrightlegal.net, sbennett@wrightlegal.net

10 Steve W Pornbida     spornbida@houser-law.com

11 Victoria Elena Edwards     victoria.edwards@akerman.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case Number 5:09-cv-04482-JF/HRL
ORDER DIRECTING CLERK TO LODGE DOCUMENT
(JFLC2)