**E-Filed 9/3/2010**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

RONALD LEE,

Plaintiff,

v.

AURORA LOAN SERVICES, INC., et al.,

Defendants.

Case Number 5:09-cv-04482-JF/HRL

ORDER FOLLOWING REHEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiff's counsel, Mr. Dorton, seeks to withdraw from representation of Plaintiff in this case. On July 16, 2010, the Court granted Mr. Dorton's motion to withdraw in the belief that the motion was unopposed. Subsequently, Plaintiff contacted the Court and indicated that he does oppose Mr. Dorton's motion. The Court set the motion to withdraw for rehearing on August 13, 2010. After considering all of the papers submitted by Mr. Dorton and by Plaintiff, as well as the oral argument presented on August 13, the Court remains of the opinion that withdrawal is appropriate. Accordingly, the Court declines to vacate its July 16 order permitting Mr. Dorton to withdraw.

On September 3, 2010, the Court held a Case Management Conference. Plaintiff did not appear. The Case Management Conference is continued until October 8, 2010, at 10:30 a.m., for

the purpose of discussing the discovery stay and the resetting of the pending motions to dismiss.

IT IS SO ORDERED.

DATED: 9/3/2010

JEREMY FOGEL
United States District Judge

2

Case Number 5:09-cv-04482-JF/HRL
ORDER FOLLOWING REHEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFLC2)

Copies of Order served on:

Mr. Ronald L. Lee
2055 Midwick Drive
Altadena, CA 91001

Della Nanette Smith dellansmith@gmail.com

Frances Azizi invalidaddress@invalidaddress.com

Fred Douglas Dorton , Jr fdorton@thedortonfirm.com, tdfgroup@thedortonfirm.com

Justin Donald Balser justin.balser@akerman.com, elizabeth.streible@akerman.com, kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com, toni.domres@akerman.com, victoria.edwards@akerman.com

Nicole Kimberly Neff nneff@wrightlegal.net, sbennett@wrightlegal.net

Steve W Pornbida spornbida@houser-law.com

Victoria Elena Edwards victoria.edwards@akerman.com

3

Case Number 5:09-cv-04482-JF/HRL
ORDER FOLLOWING REHEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD
(JFLC2)