**E-Filed 9/27/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE, | Case Number 5:09-cv-04482-JF/HRL |
| Plaintiff, | ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION |
| v. | |
| AURORA LOAN SERVICES, INC., et al., | [re: document no. 92] |
| Defendants. | |

On July 16, 2010, the Court granted the motion to withdraw as counsel of record brought by Plaintiff's counsel, Mr. Dorton. Plaintiff subsequently contacted the Court and stated that he opposed the motion but had not received notice of the motion in time to respond. The Court set the matter for rehearing on August 13, 2010. The Court heard argument from both Mr. Dorton and Plaintiff on that date. On September 3, 2010, the Court issued an order denying Plaintiff's motion for reconsideration of the Court's July 16 order permitting Mr. Dorton to withdraw.

On September 16, 2010, Plaintiff filed the instant renewed motion for reconsideration, which totals ninety-two pages including exhibits. It is clear from a review of this document that Plaintiff and Mr. Dorton have serious communication problems, and that a dispute exists regarding the payment of legal fees. Plaintiff has failed to demonstrate that he will be prejudiced

1  by Mr. Dorton's withdrawal aside from the fact that Plaintiff now must retain new counsel or
2  represent himself.  Accordingly, the Court will deny Plaintiff's renewed motion for
3  reconsideration.

**ORDER**

Plaintiff's renewed motion for reconsideration of the Court's order permitting Mr. Dorton to withdraw as counsel of record is DENIED.

DATED:  9/27/2010

_____
JEREMY FOGEL
United States District Judge

2

Case Number 5:09-cv-04482-JF/HRL
ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION
(JFLC2)

1  Copies of Order served on:

2  Mr. Ronald L. Lee
   2055 Midwick Drive
3  Altadena, CA 91001

4  Frances Azizi    invalidaddress@invalidaddress.com

5  Justin Donald Balser    justin.balser@akerman.com, elizabeth.streible@akerman.com,
   kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com,
6  toni.domres@akerman.com, victoria.edwards@akerman.com

7  Nicole Kimberly Neff    nneff@wrightlegal.net, sbennett@wrightlegal.net

8  Steve W Pornbida    spornbida@houser-law.com

9  Victoria Elena Edwards    victoria.edwards@akerman.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number 5:09-cv-04482-JF/HRL
ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION
(JFLC2)