**E-Filed 12/16/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE, | Case Number C 09-4482 JF (HRL) |
| Plaintiff, | ORDER[1] VACATING HEARING DATE; GRANTING MOTIONS TO DISMISS WITHOUT LEAVE TO AMEND; AND DISMISSING ACTION WITH PREJUDICE |
| v. | |
| AURORA LOAN SERVICES, INC., et al., | |
| Defendants. | [re: document nos. 69, 72] |

Defendants Aurora Loan Services, Inc. ("Aurora") and Mortgage Electronic Registration Systems, Inc. ("MERS") move to dismiss the Plaintiff's second amended complaint ("SAC") pursuant to Federal Rule of Civil Procedure 12(b)(6). Aurora additionally moves to strike portions of the FAC pursuant to Federal Rule of Civil Procedure 12(f).

Plaintiff has not filed opposition to the motions. The Court is aware that Plaintiff's counsel withdrew from the case in September of this year, and that Plaintiff now is proceeding *pro se*. However, Plaintiff was present in court when the Court set the hearing date of December

---

[1] This disposition is not designated for publication in the official reports.


17, 2010. Dkt. Entry 96 (Civil Minutes). The Court intentionally set the hearing more than two months out so that Plaintiff would have ample time to respond to the pending motions. Plaintiff has not responded, nor has he sought additional time to respond.

The Court has dismissed Plaintiff's complaints on two prior occasions. The Court's last order filed May 18, 2010 is twelve pages long and discusses in detail Plaintiff's failure to state a claim. There is no indication in the record that Plaintiff will be able to amend his pleading to cure the defects noted by the Court. Accordingly, the Court will vacate the December 17 hearing date and grant Defendants' motions to dismiss without leave to amend.

**ORDER**

(1) The hearing date of December 17, 2010 is VACATED;

(2) Defendants' motions to dismiss are GRANTED WITHOUT LEAVE TO AMEND;

(3) The action is DISMISSED WITH PREJUDICE; and

(4) The Clerk of the Court shall close the file.

DATED:  12/16/2010

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-4482 JF (HRL)
ORDER VACATING HEARING DATE; GRANTING MOTIONS TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC2)

1  This Order was served upon the following persons:

3  Ronald Lee
   2055 Midwick Drive
4  Altadena, CA 91001

6  Frances Azizi     invalidaddress@invalidaddress.com

7  Justin Donald Balser     justin.balser@akerman.com, elizabeth.streible@akerman.com,
   kristine.elliott@akerman.com, luke.sosnicki@akerman.com, stephanie.jefferson@akerman.com,
8  toni.domres@akerman.com, victoria.edwards@akerman.com

9  Nicole Kimberly Neff     nneff@wrightlegal.net, sbennett@wrightlegal.net

10 Steve W Pornbida     spornbida@houser-law.com

11 Victoria Elena Edwards     victoria.edwards@akerman.com, elizabeth.streible@akerman.com,
   kristine.elliott@akerman.com, toni.domres@akerman.com

3

Case No. C 09-4482 JF (HRL)
ORDER VACATING HEARING DATE; GRANTING MOTIONS TO DISMISS WITHOUT LEAVE TO AMEND
(JFLC2)